**Order filed June 24, 2021**



## In The

# Eleventh Court of Appeals

_____

## No. 11-19-00230-CR

_____

## DAMON CHAD CAMPBELL, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 266th District Court**

**Erath County, Texas**

**Trial Court Cause No. CR15110**

## O R D E R

At the request of Appellant, Damon Chad Campbell, this court issued an order dated May 20, 2021, in which we abated this appeal. We remanded the cause to the trial court and directed the trial court to enter an amended certification of Appellant's right of appeal. The trial court did so, but then issued an order that conflicted with its amended certification. Upon the filing of the supplemental clerk's records containing the Amended Certification of Defendant's Right of Appeal, we reinstated this appeal. We now, again, abate the appeal.

In this court's May 20 order, we concluded that the "charge bargain" in this case constituted a plea bargain subject to Rule 25.2(a)(2) of the Texas Rules of Appellate Procedure. We noted that, in such a situation, the defendant may appeal only (1) if matters were raised by written motion and ruled on before trial, (2) if the trial court grants permission to appeal, or (3) if the specific appeal is expressly authorized by statute. TEX. R. APP. P. 25.2(a)(2).

During the abatement of this appeal, the trial court and Appellant signed an amended certification in this cause. The amended certification shows that this is a plea bargain case and that Appellant has "NO right of appeal." Curiously, the supplemental clerk's record also contains an order signed by the trial court while the cause was on remand to the trial court. In that order, which the trial court signed on May 25, 2021, just five days after it signed the amended certification, the trial court granted Appellant's motion for permission to appeal. Because of the conflict between the amended certification and the order granting permission to appeal, we again abate this appeal and remand the cause to the trial court. The trial court is directed to either (1) amend its certification to comport with its May 25, 2021 order granting permission to appeal or (2) issue an order vacating the May 25, 2021 order. *See* TEX. R. APP. P. 25.2(d).

The district clerk is directed to prepare and forward to this court a supplemental clerk's record containing any finding, order, or amended certification that the trial court may issue in response to this abatement order. *See* TEX. R. APP. P. 34.5(c)(2). The supplemental clerk's record is due to be filed in this court on or before July 26, 2021. Appellant's request for supplemental briefing will be considered upon reinstatement of the appeal.

The appeal is abated.

PER CURIAM

June 24, 2021

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.